

# In the United States Court of Federal Claims

No. 17-1094C

(Filed October 12, 2017)

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                              *
RICHARD D. CARTWRIGHT,                        *
et ux.,                                       *
                                              *
              Plaintiffs,                     *
                                              *
    v.                                        *
                                              *
THE UNITED STATES,                            *
                                              *
              Defendant.                      *
                                              *
* * * * * * * * * * * * * * * * * * * * * * * *
```

On August 25, 2017, the Court ordered plaintiffs to either pay the filing fee or file an application to proceed *in forma pauperis* on or by September 25, 2017. In that order the Court informed plaintiffs that if they did not comply they risked having their complaint dismissed for failure to prosecute pursuant to Rule 41 of the Rules of the United States Court of Federal Claims. That date has come and gone without any response from plaintiffs. Accordingly, the complaint is **DISMISSED** without prejudice for failure to prosecute. The Clerk shall close the case.[†]

IT IS SO ORDERED.

VICTOR J. WOLSKI
Judge

---

[†] Because the dismissal of this case obviates need for a response to the complaint, defendant's motion for an enlargement of the time period in which to respond to the complaint is **DENIED-AS-MOOT**.

7017 1450 0000 6959 9696